UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Celeste Simone CARRINGTON,<br><br>Petitioner,<br><br>v.<br><br>Javier CAVAZOS, Acting Warden of the Central California Women's Facility,[1]<br><br>Respondent. | Case Number 3-10-cv-4179-RS<br><br>DEATH-PENALTY CASE<br><br>ORDER GRANTING REQUEST FOR APPOINTMENT OF COUNSEL AND STAY OF EXECUTION<br><br>[Doc. No. 1] |

Petitioner Celeste Simone Carrington, a condemned inmate confined to the Central California Women's Facility, was convicted and sentenced to death by the Superior Court of California for the County of San Mateo. The Supreme Court of California affirmed in pertinent part on direct appeal, *People v. Carrington*, 211 P.3d 617 (Cal. 2009), and denied a state habeas petition, *In re Carrington*, No. S142464 (Cal. Sept. 15, 2010). Petitioner initiated the present federal capital habeas action with a request for appointment of counsel and for a stay of the execution of her death sentence.

Pursuant to Habeas Local Rule 2254-25, the request for appointment of counsel is granted. This action is referred to the Court's selection board for the recommendation of

---

[1] Javier Cavazos is automatically substituted for Mary Lattimore as Respondent pursuant to Federal Rule of Civil Procedure 25(d).

Case No. 3-10-cv-4179-RS
ORDER GRANTING REQUEST FOR APPOINTMENT OF COUNSEL AND STAY OF EXECUTION
(DPSAGOK)

1 | qualified counsel to represent Petitioner.

2 |     Pursuant to Habeas Local Rule 2254-24, the request for a stay of execution is granted. Accordingly, all proceedings related to the execution of Petitioner's sentence of death, including but not limited to preparations for an execution and the setting of an execution date, are hereby stayed. This stay will remain in effect unless and until it is dissolved by this Court, the United States Court of Appeals for the Ninth Circuit, or the Supreme Court of the United States.

    The Clerk immediately shall notify by telephone Respondent Javier Cavazos, Acting Warden of the Central California Women's Facility. The Clerk also shall serve certified copies of this order upon Petitioner; Respondent; Vince Cullen, Acting Warden of San Quentin State Prison; the Clerk of the Superior Court of California for the County of San Mateo; Michael G. Millman, Esq., Executive Director of the California Appellate Project; Amy Haddix, Esq., Deputy Attorney General of the State of California; the District Attorney of the County of San Mateo; and Amy Love, Esq., and Arcelia Hurtado, Esq., of the Office of the State Public Defender, appointed counsel for Petitioner before the Supreme Court of California.

*It is so ordered.*

DATED: September 20, 2010

RICHARD SEEBORG
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CELESTE SIMONE CARRINGTON,

Plaintiff,

v.

Javier CAVAZOS, Acting Warden of the
Centrals California Women's Facility,

Defendant.
_____/

Case Number: CV10-04179 RS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 20, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

SEE ATTACHED LIST

Dated: September 20, 2010

Richard W. Wieking, Clerk
By: Corinne Lew, Deputy Clerk

1 | Copies of Order mailed on __9/20/10__ to:

2 | Celeste Simone Carrington
CDC # W-55311
3 | Central California Women's Facility
Chowchilla, CA 93610
4 |
Acting Warden Javier Cavazos
5 | Central California Women's Facility
Chowchilla, CA 93610
6 |
Acting Warden Vince Cullen
7 | San Quentin State Prison
San Quentin, CA 94974
8 |
Clerk
9 | San Mateo Superior Court
400 County Center
10 | Redwood City, CA 94063

11 | Michael G. Millman, Esq.
Executive Director
12 | California Appellate Project
101 Second Street, Suite 600
13 | San Francisco, CA 94105

14 | Amy Haddix, Esq.
Deputy Attorney General
15 | 455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
16 |
District Attorney of the County of San Mateo
17 | 400 County Center, Third Floor
Redwood City, CA 94063
18 |
Amy Love, Esq., & Arcelia Hurtado, Esq.
19 | Office of the State Public Defender
221 Main Street, Tenth Floor
20 | San Francisco, CA 94105-1925

21 | George O. Kolombatovich, Esq.
Death Penalty Staff Attorney
22 | United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
23 | San Francisco, CA 94102-3489

24 | Habeas Corpus Resource Center
50 Fremont Street, Suite 1800
25 | San Francisco, CA 94105

26 | Federal Court Docketing
California Appellate Project
27 | 101 Second Street, Suite 600
San Francisco, CA 94105
28 |

3

Case No. 3-10-cv-4179-RS
ORDER GRANTING REQUEST FOR APPOINTMENT OF COUNSEL AND STAY OF EXECUTION
(DPSAGOK)