# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| Celeste Simone CARRINGTON, | Case Number 3-10-cv-4179-RS |
|---|---|
| Petitioner, | <u>DEATH-PENALTY CASE</u> |
| v. | SCHEDULING ORDER REGARDING EQUITABLE TOLLING |
| Deborah K. JOHNSON, Acting Warden of the Central California Women's Facility, | |
| Respondent. | [Doc. No. 11] |

As directed by the Court, (Doc. No. 13), the parties submitted a joint statement in which they jointly propose dates for proceeding with this action, (Doc. No. 14). The Court adopts the joint proposal as follows. Respondent's lodging of the record on June 7, 2012, (Doc. No. 16), is deemed timely. Petitioner shall move for equitable tolling by June 29, 2012; Respondent shall respond to the motion by July 27, 2012; Petitioner may reply to the response by August 10, 2012, at which point the motion will be deemed submitted.

*It is so ordered.*

DATED: June 11, 2012

_____
RICHARD SEEBORG
United States District Judge

Case No. 3-10-cv-4179-RS
SCHEDULING ORDER REGARDING EQUITABLE TOLLING
(DPSAGOK)