IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CELESTE SIMONE CARRINGTON,<br>     Petitioner,<br><br>vs.<br><br>DEBORAH K. JOHNSON, Acting<br>Warden of the Central California<br>Women's Facility,<br>     Respondent.<br>_____ | CASE NO. CV-10-04179-RS<br><br>**DEATH PENALTY CASE**<br><br>~~PROPOSED~~ ORDER GRANTING<br>UNOPPOSED MOTION TO EXTEND<br>TIME FOR FILING RESPONSE TO<br>MOTION TO DISMISS PETITION |

For good cause appearing, IT IS HEREBY ORDERED that the Motion to Extend Time for Filing Response to Motion to Dismiss Petition for Writ of Habeas Corpus, filed by the Federal Defender Services of Idaho, Inc. [Dkt. 31] is GRANTED. Accordingly, Petitioner's Response will be due on December 9, 2013.

DATED:  10/4/13

_____
Hon. Richard Seeborg
United States District Court Judge